JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK. A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Appellee Brian Weiss, Trustee of the
Walldesign Liquidation Trust, as Successor-in-Interest
to the Official Committee of Unsecured Creditors of
the Chapter 11 Bankruptcy Estate of Debtor Walldesign, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>WALLDESIGN, INC., a subchapter S Corporation,<br><br>　　　　Debtor and<br>　　　　Debtor-in-Possession. | Case No. 8:12-bk-10105-CB<br><br>Chapter 11<br><br>Adv. No. 8:13-ap-01412-CB<br><br>District Court Case No. 8:15-cv-01586-VAP<br><br>**STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023** |
| LORY'S-WEST, INC. dba XIV KARATS, LTD., a California corporation,<br>　　　　　　　Appellants,<br>　　v.<br>BRIAN WEISS, TRUSTEE OF THE WALLDESIGN LIQUIDATION TRUST, AS SUCCESSOR-IN-INTEREST TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE CHAPTER 11 BANKRUPTCY ESTATE OF DEBTOR WALLDESIGN, INC.,<br>　　　　　　　Appellee. | |

Pursuant to Federal Rule of Bankruptcy Procedure 8023, appellee Brian Weiss, Trustee (the "Trustee") of the Walldesign Liquidation Trust, as successor-in-interest to the Official Committee of Unsecured Creditors of the Chapter 11 bankruptcy estate of Walldesign, Inc. and appellant Lory's-West, Inc. dba XIV Karats, Ltd. ("XIV Karats") (the Trustee and XIV Karats are collectively referred to as the "Parties"), stipulate as follows:

## RECITALS

1. On September 15, 2015, the United States Bankruptcy Court for the Central District of California entered its "*Judgment Against Lory's-West, Inc. dba XIV Karats, Ltd.*" (the "Judgment") in *Committee v. XIV Karats*, Adversary Case No. 8:13-ap-01412, against XIV Karats and in favor of the Trustee.

2. On September 29, 2015, XIV Karats timely filed its Notice of Appeal of the Judgment (the "Appeal"), electing to have the appeal heard by the United States District Court rather than the Bankruptcy Appellate Panel.

3. The Parties have discussed the instant Appeal, and have agreed that, pursuant to Federal Rule of Bankruptcy Procedure 8023, the Court should enter an order dismissing the Appeal in its entirety.

4. The Parties further agree that any order dismissing the appeal should direct that each party is to bear its own attorneys' fees and costs.

///
///
///
///
///
///
///
///
///

2

## STIPULATION

**NOW, THEREFORE,** the parties hereby stipulate that, subject to Court approval:

1. The Appeal shall be dismissed; and,
2. Each party shall bear its own attorneys' fees and costs.

Dated: January 6, 2016          LANDAU GOTTFRIED & BERGER LLP


By__/s/ Jack A. Reitman_____
         Jack A. Reitman
Attorneys for Appellee Brian Weiss, Trustee of the Walldesign Liquidation Trust, as Successor-in-Interest to the Official Committee of Unsecured Creditors of the Chapter 11 Bankruptcy Estate of Debtor Walldesign, Inc.

*Pursuant to Local Rule 5-4.3.4, the above-signed hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: January 6, 2016          FOX ROTHCHILD LLP


By___/s/ Lawrence C. Hinkle II_____
         Lawrence C. Hinkle II
Attorneys for Appellant Lory's-West, Inc. dba XIV Karats, Ltd.